**Order filed August 20, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00151-CV
_____

### BRITNI VASQUEZ AND NOEL ANDERSON, Appellants

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 149th District Court
Brazoria County, Texas
Trial Court Cause No. 104437-CV**

---

## ORDER

The notice of appeal in this case was filed February 18, 2020. The clerk responsible for preparing the record notified this court that appellants have not made payment for the record. No evidence that appellants have established indigence has been filed. *See* Tex. R. Civ. P. 145. On July 31, 2020, this court notified appellants that the appeal was subject to dismissal unless appellants filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellants are ordered to demonstrate to this court that appellants have made arrangements to pay for the clerk's record on or before **August 24, 2020**. *See* Tex. R. App. P. 35.3(c). If appellants fail to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Wise and Bourliot.